# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 143 EAL 2022
:
Respondent   :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.   :
:
:
ANDRAE D.D. COLE,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.